THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-122-JNW |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE SENTENCING |
| DANGELO ROBERTS, | ) | |
| Defendant. | ) | |

THE COURT has considered D'angelo Roberts' motion to continue sentencing and the records in this case. The Court finds good cause to continue the sentencing date.

IT IS ORDERED that the sentencing hearing scheduled for September 11, 2025, is stricken. Sentencing shall be scheduled for October 16, 2025, at 10:00 a.m.

DATED this 22nd day of August 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for D'angelo Roberts

ORDER TO CONTINUE SENTENCING
(*United States v. Roberts*, CR24-122-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100