# Exhibit 2

| | |
|---|---|
| **From:** | M████ ██████ |
| **To:** | Natalya Kim; Jesse Cantor |
| **Subject:** | Re: Re support letter for D"Angelo |
| **Date:** | Thursday, October 30, 2025 9:24:59 AM |

You don't often get email from ████████ yahoo.com. Learn why this is important

**EXTERNAL SENDER**

Dear Judge Jamal N. Whitehead,

My name is Michelle Williams, and I am the mother of D'Angelo Jamal Roberts. He is my second oldest of six children, and the oldest of my four boys. I am writing this letter in support of my son as he faces sentencing.

D'Angelo grew up in difficult circumstances. As a teenage single mother, I did my best to provide for my children, but we moved often, sometimes staying with relatives, friends, or in shelters. Even during those hard times, D'Angelo showed maturity beyond his years, He was very observant. I remember when he was about 10 or 11, he asked me, "Mom, why are we going through so much?" I told him to keep praying and trust that things would get better. Despite our situation, he remained caring and thoughtful, often helping me and his siblings in any way he could.

One memory that stands out is when he took out trash for neighbors and earned $5. He came home and said mom, "I'm going to get all of us some food." he rode his bike to Jack in the Box, used a few free taco receipts, and came home with food for everyone. He's always been that kind of person, giving, resourceful, and considerate. Even when I was exhausted from working, D'Angelo would rub my feet when I got home.

As he grew older, life became more challenging. After I had more children, I know it put extra pressure on him. When I told him I was pregnant again, he cried, not out of anger, but out of worry for how we would manage. Despite those challenges, and getting in a lot of trouble in school, I made a suggestion to D'Angelo to drop out of school and go to the college to get

his GED so he can get a trade. He told me "NO, I want to graduate with a high school diploma. And he did just that.

I believe D'Angelo's actions that led to his current situation came from a place of stress and negative influence, not from a lack of morals or compassion. He has always taken accountability for his choices. Before his arrest, D'Angelo was working, helping me with bills, and supporting his younger brothers by buying their school clothes. He also had plans to get his CDL and start a career in trucking, which he set up a payment plan because his license had been suspended.  After being shot twice, I noticed a drastic change in his mental health something I now realize we never talked enough about.


This situation has deeply affected our entire family. D'Angelo has always been a role model and father figure to his three younger brothers, who are 10, 11, and 13. They look up to him and listen when he gives them advice. His arrest was very hard on them. As their mother, I have also faced my own mental health struggles and have received therapy for depression and PTSD. I now see that D'Angelo, too, has been carrying pain that needed healing.


Since moving to South Carolina for a fresh start, our family has grown closer. D'Angelo came to visit, and it was such a blessing. He was so proud of his little sister for starting nursing school and encouraged me to continue pursuing real estate. He loved cooking family dinners, and I'll never forget one evening when he looked around at all of us, me, his siblings, and my grandchildren and said, "This is what it's all about. We're all together." That moment showed me how much he values family and peace. He had the biggest smile on his face.


D'Angelo still dreams of earning his CDL and continuing his education. His faith and relationship with God have grown stronger, and I truly believe he wants to build a better future for himself and his family. As his mother, I will continue to support him emotionally and spiritually. Our family's goal is to come together, work hard, and one day buy a home with land where we can all live peacefully together. Dangelo sends scriptures,

motivation post and encouraging words to our family group chat, via text.

Your Honor, I humbly ask that you consider D'Angelo's upbringing, his efforts to improve himself, and the positive role he plays in our family. He is not a lost cause, he is a young man who made a mistake but is determined to learn, grow, and become the best version of himself.

Thank you for taking the time to read my letter.

Respectfully,

Michelle Williams

Dear Judge Jamal N Whitehead,


I am Tasjanay Roberts and I respectfully submit this letter in support of Dangelo Roberts. I am Dangelo's [sister/cousin ████████████████████] and have known him his entire life. Over the years I have watched him grow from a frightened child into a young man who, despite serious challenges, continually chooses responsibility and family.


I understand Dangelo has pled guilty, and I do not mean to minimize the seriousness of that decision. I write so the Court might consider his history, character, and the positive steps he has taken when determining an appropriate sentence.


Dangelo's childhood included trauma and hardships that affected him deeply. He also struggled with mental-health issues when he was younger. What I have seen, however, is a person who worked hard to confront those problems rather than let them define him. He has attended counseling and followed the recommendations of professionals when help was available. Over time he learned healthier ways to cope and made steady, meaningful progress.


One of the clearest windows into Dangelo's character is the way he cares for our family. He is a big brother to three younger siblings who look up to him. Countless times I have watched him stay up late helping them with homework, patiently explain things they didn't understand, and encourage them when they felt discouraged. On more than one occasion he rearranged his own plans to make sure a sibling had a ride to school or an extracurricular activity. Those are not isolated acts — they are who he is in our home: reliable, present, and protective.


Beyond those duties, Dangelo has shown kindness and thoughtfulness in small ways that have mattered a great deal. He watches after elderly relatives when needed, brings groceries when someone is short, and is the person family members call when they need support. These actions demonstrate a pattern of putting others before himself and trying to contribute positively to those around him.

I believe the factors that led to the offense were related to stress and the long-term effects of his childhood trauma and earlier mental-health struggles. From what I know, the behavior was out of character compared with how he has otherwise lived his life — especially in how consistently he has cared for and supported his siblings. Since the incident, Dangelo has expressed remorse to me directly. He understands that his actions had consequences and has told me he is sorry for the hurt he caused.

I am confident Dangelo will not repeat this kind of offense. He has shown the ability to learn from his mistakes and to seek help when he needs it. If he is given the opportunity to continue receiving counseling and to remain closely connected with family supports, I believe he will continue on a constructive path. Dangelo's goals are to secure stable employment, be a steady presence for his siblings, and continue the personal progress he has made — goals I believe are achievable with supervision and access to treatment as needed.

I am prepared to support Dangelo as he works toward those goals. I can offer him a stable place to stay if necessary, help with transportation to treatment or work, and consistent family support and accountability. More than anything, I will continue to encourage him to follow through on treatment and employment opportunities so he can rebuild and sustain a positive life for himself and our family.

Thank you for taking the time to consider my perspective on Dangelo's character and potential for rehabilitation. I respectfully ask the Court to weigh his demonstrated family commitment, his efforts to address his mental-health needs, and his remorse when deciding an appropriate sentence.

Sincerely,

Tasjanay Roberts

Dear Judge Jamal N Whitehead,

My name is Meeya Williams, and I am writing this letter on behalf of my older brother, Dangelo Roberts, who I have known my entire life.

As my older brother, Dangelo has always taken on the role of my protector, but he has been much more than that. He is caring, compassionate, and empathetic toward everyone around him. Whenever I faced challenges growing up especially the heartbreaks that come with being a young woman, Dangelo was always one call away. He comforted me, reminded me of my worth, offered advice, and encouraged me to stay focused on my future.

Dangelo committed this offense out of a sense of responsibility toward our family. Although there is no excuse for his actions, our family has struggled financially for most of our lives. As the oldest male of six siblings, Dangelo often felt pressure to help support our mother, younger brothers and sister, and even his niece and nephew. With him away, much of that responsibility has fallen on me and my older sister. I know that if he had the opportunity to be present and provide for us, he would do everything in his power to do so.

Dangelo is truly remorseful for his actions. When he visited during the summer before his trial, he often spoke about making better choices, saving, and investing wisely to create a better future for our family. Our conversations were heartfelt he expressed genuine regret and a strong desire to grow, change, and make things right.

He understands the seriousness of his mistake and the pain that being separated from his family would cause. Dangelo has learned from this and is determined not to repeat it. Counseling or therapy would be beneficial for him to address past traumas and the financial stress that contributed to his decision-making.

Dangelo has many goals and plans, including investing, saving, and eventually purchasing property so that our family can build a stable foundation together. He is passionate, knowledgeable, and intelligent, and I am confident that he can achieve these goals through taking right path and implementing the correct steps.

Although Dangelo is currently 3,000 miles away, I continue to support him as best as I can. I remain a constant source of encouragement, guidance, and motivation, and I am willing to assist him financially when possible to help him get back on his feet. My brother means a great deal to me, and I will continue to stand by him as he works toward becoming a better man and rebuilding his life.

Thank you for taking the time to read my letter and for considering my perspective on Dangelo's character.


Sincerely, Meeya Williams

**From:**        J█ B█ █
**To:**          Natalya Kim
**Date:**        Wednesday, October 29, 2025 2:58:01 PM

---

EXTERNAL SENDER

My name is Jayla Beckwith, and I am writing this letter on behalf of D'Angelo Roberts. Although D'Angelo and I are not blood relatives, we have always considered each other family. My grandmother helped care for his mother when she was younger, and ever since then, our families have shared a close bond. D'Angelo has been like a cousin to me and part of our extended family throughout his life.

D'Angelo is the oldest boy out of six siblings and has carried a great deal of responsibility from a young age. He did not grow up in a stable home and often had to move between different states and living situations. Despite those challenges, I've always known him to be someone who does everything he can to provide and look out for his family. Even when his immediate family wasn't on the right track, he stepped up and did his best to take care of the people he loves.

D'Angelo has a genuinely good heart and strong intentions. I believe the difficulties he faced while growing up influenced some of his decisions, but I also believe he has the desire and ability to make positive changes in his life. With the right guidance and support, I'm confident he can continue to move forward and focus on building a better future for himself and his family.

Our family will continue to stand by D'Angelo—offering encouragement, understanding, and support to help him stay on the right path and reach his goals. I truly believe he is capable of change and wants to do better.

Thank you for taking the time to read my letter and for considering my perspective on D'Angelo's character.

**From:** M██████ D██████
**To:** Natalya Kim
**Subject:** Re: Re Letter for D'Angelo
**Date:** Thursday, October 30, 2025 10:37:37 AM

You don't often get email from ██████████@yahoo.com. Learn why this is important

**EXTERNAL SENDER**

## To Whom It May Concern,

My name is Monica Daniels, and I am writing this letter on behalf of D'Angelo Roberts. Although D'Angelo and I are not blood relatives, my family and I have helped raise him since he was four days old. Throughout his life, D'Angelo has lived with me at various times when his family did not have stable housing. D'Angelo has faced significant challenges growing up without a consistent and stable environment. From a young age, he was required to take on responsibilities that no child should have to bear. As the second oldest of six children and the oldest boy, he was often placed in the role of "man of the house," caring for his siblings and helping meet the needs of his family instead of being able to fully enjoy his childhood.

Despite these hardships, D'Angelo has always had a big heart. He genuinely cares for the people around him and strives to ensure others do not experience the same struggles he did. The difficulties he encountered during his upbringing have influenced many of the choices he has made. However, I firmly believe in D'Angelo's ability to turn his life around. Over the last year, I have personally witnessed positive changes in him—he has been seeking guidance, support, and direction in order to better his life. I remain committed to supporting D'Angelo by offering encouragement, guidance, and understanding as he works toward his goals. I wholeheartedly believe in his capacity for growth and his desire to do better.

Thank you for taking the time to read this letter and consider my perspective on D'Angelo's character.

Sincerely,

**Monica Daniels**

Sent from Yahoo Mail for iPhone