# Exhibit 3

**From:** DAngelo Roberts <span style="background:black">████████████</span>
**Sent:** Wednesday, November 5, 2025 4:31 PM
**To:** Jesse Cantor <Jesse_Cantor@fd.org>
<span style="background:black">████████████</span>

EXTERNAL SENDER

Dear Judge Jamal N Whitehead,

I wanted to start this letter off by saying I accept full responsibility for my decisions. I've been through a lot in life that the average kid hasn't gone through , 90% of my life I've been homeless and separated from my siblings I've endured trauma that I'm still learning how to manage physically mentally and spiritually. This journey and process has been long for me, I learned a lot about myself that I didn't know not specifically involving this case but spiritually, I gained a closer relationship with god and myself. I had no business interacting with this type of activity it was a rough time in my life and influences around me I beat myself up and replay my decisions and actions in my head over and over again. I am not a bad young man I simply just made a bad decision. I am living life for this first time and learning. Everyday is a learning process for me. My character about myself is I'm the glue for my family, I have 3 younger brothers and a younger sister and older sister and I hold us together they all look up to me. I let them down being involved in something like this I don't think it's cool nor do I want them to think it. One of my main goals in life is to buy my mother and siblings a house so we will never be homeless or separated again. I already see certain things in my little brothers actions that aligned with mines growing up that lead me here and there's no father figure around I hold that in my heart and know it's my place to step up for my mother. With that being said I ask if you could hold it in your heart to show me leniacy and follow the recommendation so I can get back to my family and progress with family as I never been in trouble with the law in my life and like I said I'm not a bad young man at all. This isn't me nor does it define me and I understand my decisions. I really do want help with my mental health not just me but my whole family as well. I understand that jail is for reform and reintroduction to society I've already took steps to go in that direction I had a job I got a month before all this transpired and I really pushed myself and showed up everyday I had an apartment I got after this transpired and I made sure to stay on top of that but I kind of fell short I'm still living and learning that was first time experience for me as well and I know now what to do the right civil way and it's not that hard. My dream career is getting my CDLS to drive trucks and open a school to give other young guys like me a

chance to choose the right path. I will never engage any sort of thing that will lead me down this path again and I could promise this. Ignorance is no excuse of the law. I want to apologize to the credit union, the victims and the courts also my family for this. I want to get pass this and pay the money back and move on with my life the right way. I thank you for your time Judge Jamal N Whitehead and i ask that you look deeply into the details in the probation memo that resonates with me , thank you.- sincerely DAngelo Roberts