THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANGELO ROBERTS,<br><br>    Defendant. | No. CR24-122-JNW<br><br>ORDER TO EXTEND REPORT DATE TO BUREAU OF PRISONS |

THE COURT has considered D'Angelo Roberts's unopposed motion to extend his current reporting date to FPC Yankton in South Dakota along with the records in this case.

IT IS ORDERED that the motion is granted. Mr. Roberts may surrender to FPC Yankton no later than January 23, 2026.

DATED this 15th day of December 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for D'Angelo Roberts

ORDER TO EXTEND REPORT DATE
(*United States v. Roberts*, CR24-122-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100